IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 2:16-cv-02308-JTF-tmp |
| | ) |
| RHODES COLLEGE and | ) |
| ROBERTO DE LA SALUD BEA, | ) |
| | ) |
|     Defendants. | ) |

**JOINT NOTICE REGARDING PLAINTIFF'S INTENT
TO PROCEED USING HER REAL NAME**

Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe ("Plaintiff") and Defendants Rhodes College and Roberto De La Salud Bea (collectively "Defendants") hereby advise the Court that the parties have agreed that Plaintiff should proceed using her real name, Prianka Bose. This joint notice is intended to serve as confirmation of Plaintiff's counsel's statement to the Court during the March 10, 2017 status conference that Plaintiff intends to proceed using her real name. (*See* Mar. 10, 2017 Status Conference Minute Entry, ECF No. 62). As a result, the parties respectfully submit that Plaintiff's original request to proceed using a pseudonym (ECF No. 4) and Defendants' response in opposition (ECF No. 14) are now moot. The parties will submit a proposed order to the Court's CM/ECF inbox in which (1) the parties are ordered to use Plaintiff's real name in all future filings in this matter and (2) the Clerk's office is instructed to amend the caption in this case forthwith to include Plaintiff's real name.

Respectfully submitted,

 /s/ Brice M. Timmons (by permission)
Brice M. Timmons (BPR #29582)
Sheerin Mehdian (BPR #34357)
**BLACK, MCLAREN, JONES, RYLAND & GRIFFEE**
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
Telephone:  (901) 762-0535
Facsimile:   (901) 762-0539
Email:  btimmons@blackmclaw.com
             smehdian@blackmclaw.com

Bryce W. Ashby (BPR #26179)
**DONATI LAW FIRM, PLLC**
1545 Union Avenue
Memphis, Tennessee 38104
Telephone:  (901) 278-1004
Facsimile:   (901) 278-3111
Email:  bryce@donatilaw.com

*Counsel for Plaintiff*

- and -

 /s/ Lisa A. Krupicka
Lisa A. Krupicka (BPR #12147)
Gary S. Peeples (BPR #32303)
**BURCH, PORTER & JOHNSON, PLLC**
130 North Court Avenue
Memphis, Tennessee 38103
Telephone: (901) 524-5000
Facsimile: (901) 524-5024
Email: lkrupicka@bpjlaw.com
            gpeeples@bpjlaw.com

*Counsel for Defendants*

4819-3231-2901, v. 1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document has been filed using the Court's CM/ECF system on this the 20th day of March, 2017, which will automatically send notice of the filing to all counsel of record in this case.

                                                    /s/ Lisa A. Krupicka

4819-3231-2901, v. 1