IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| PRIANKA BOSE, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )     Case No. 2:16-cv-02308-JTF-tmp |
| | ) |
| ROBERTO DE LA SALUD BEA | ) |
| and RHODES COLLEGE, | ) |
| | ) |
|     Defendants, | ) |

_____

ORDER GRANTING UNOPPOSED
MOTION FOR REVISION OF INTERLOCUTORY ORDER
_____

    Before the Court is Defendant Rhodes College's ("Rhodes") Unopposed Motion for Revision of Interlocutory Order (the "Motion") filed on March 2, 2018. (ECF No. 151.) In its Motion, Rhodes asks the Court to revise its February 27, 2018, Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment, (ECF No. 115), to reflect the fact that Plaintiff's claim for intentional interference with business relations against Rhodes was expressly and implicitly abandoned by Plaintiff in her response to Defendants' Motion for Summary Judgment. (*See* ECF No. 119, 1.) Plaintiff does not oppose the relief sought in the instant Motion.

    For good cause shown, the Motion is **GRANTED**. Accordingly, Plaintiff's intentional interference with business relations claim against Defendant Rhodes is dismissed consistent with Plaintiff's abandonment of that claim.

    **IT IS SO ORDERED** this 12th day of March 2018.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge