# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

PRIANKA BOSE,

    Plaintiff,

v.                                              No. 2:16-cv-02308-JTF-tmp

RHODES COLLEGE,
ROBERTO DE LA SALUD BEA

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S BREACH OF CONTRACT CLAIM

    NOW COMES Plaintiff Prianka Bose in this case and Defendants Rhodes College and Roberto de La Salud Bea (collectively, "Defendants"), by their respective attorneys, and stipulate to the dismissal of the claims listed herein, with prejudice and without costs or attorneys' fees to any party.

    1.    Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties submit this Stipulation of Voluntary Dismissal of Plaintiff's Breach of Contract Claim with Prejudice.

    2.    Plaintiff's claim for Intentional Infliction of Emotional Distress against Defendant Bea was dismissed previously and voluntarily by consent of all parties with prejudice.

    3.    This Court has dismissed or granted summary judgment in favor of Defendants as to all of Plaintiff's other claims except her claim for breach of contract.  Plaintiff's sole remaining claim for adjudication is for breach of contract.

    4.    Plaintiff expressly reserves the right to appeal all claims that were not voluntarily dismissed with prejudice, including Plaintiff's claims for defamation against Defendant Bea,

retaliation under Title IX against Defendant Rhodes College, and intentional interference with business relations against Bea, after entry of final judgment by the Court.

5. Following the entry of this stipulation, which disposes of Plaintiff's sole remaining claim, the Court may direct the Clerk to enter final judgment in accordance with Federal Rule of Civil Procedure 58.

NOW THEREFORE, the parties having stipulated to the dismissal Plaintiff Prianka Bose's claim for breach of contract with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

*/s/* Brice Moffatt Timmons
BRICE M. TIMMONS         #29582
Black McLaren Jones Ryland & Griffee, P.C.
530 Oak Court Drive, Suite 360
Memphis, Tennessee 38117
(901) 762-0535 – telephone
(901) 762-0539 – facsimile
btimmons@blackmclaw.com

/s/Bryce W. Ashby
BRYCE ASHBY #26179
Donati Law, PLLC
1545 Union Avenue
Memphis, Tennessee 38104
 (901) 270-6422
Bryce@donatilaw.com

*Counsel for Plaintiff*

- and -

*/s/* Gary S. Peeples
Lisa A. Krupicka (BPR No. 12147)
Gary S. Peeples (BPR No. 32303)
**BURCH, PORTER & JOHNSON, PLLC**
130 North Court Avenue
Memphis, TN 38103

        T (901) 524-5000
        F (901) 524-5024
        E lkrupicka@bpjlaw.com
        E gpeeples@bpjlaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system on this the 7th day of August 2018, which will automatically send notice of the filing to all counsel of record in this case.

                                                 __/s/ Gary S. Peeples_____