# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| PRIANKA BOSE,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ROBERTO DE LA SALUD BEA  )<br>and RHODES COLLEGE,  )<br>  )<br>    Defendants.  ) | Case No. 2:16-cv-02308-JTF-tmp |

## AMENDED ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal with Prejudice of Plaintiff's Breach of Contract Claim pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); the Stipulation was filed on August 7, 2018.  (ECF No. 164.)  The Court, being duly advised, finds that Plaintiff's breach of contract claim is dismissed with prejudice.  With no pending claims remaining in the above-styled case, this action is **DISMISSED** in its entirety without prejudice.

**IT IS SO ORDERED** this 14th day of August 2018.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge