IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PRIANKA BOSE,

    Plaintiff,

v.                                                  No. 2:16-cv-02308-JTF-tmp

RHODES COLLEGE,
ROBERTO DE LA SALUD BEA

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Prianka Bose (hereinafter "Plaintiff"), by and through her counsel of record, appeals to The United States Court of Appeals for the Sixth Circuit from the Amended Final Judgment (Dkt. 168) entered in this action on the 14th day of August, 2018, the Final Judgment (Dkt. 166) entered in this action on the 7th day of August. the Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment (Dkt. 149) entered in this action on the 27th day of February, 2018, and the Order Granting in Part and Denying in Part Defendant's Motion for Partial Dismissal (Dkt. 52) entered in this action on the 26th day of October, 2016.

        Respectfully submitted,

        BLACK MCLAREN JONES RYLAND & GRIFFEE
        A Professional Corporation

        By:    */s/ Brice Moffatt Timmons*

                BRICE M. TIMMONS    #29582
                530 Oak Court Drive, Suite 360
                Memphis, Tennessee 38117
                (901) 762-0535 – telephone
                (901) 762-0539 – facsimile
                btimmons@blackmclaw.com

                BRYCE ASHBY #26179
                Donati Law, PLLC
                1545 Union Avenue
                Memphis, Tennessee 38104
                (901) 270-6422
                Bryce@donatilaw.com
                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 4th day of January, 2018, a true and correct copy of the foregoing has been sent via the Court's ECF system to counsel for Defendant, Lisa A. Krupicka and Gary S. Peeples, Burch Porter & Johnson, PLLC, 130 North Court Avenue, Memphis, Tennessee 38103.

                */s/ Brice Moffatt Timmons*